Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Derek K. Ulmer (SBN: 318255)
dulmer@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone:  916.927.5574
Facsimile:   916.927.2046

Justin L. Ward (SBN: 225363)
**THE WARD FIRM**
thewardfirmca@gmail.com
2121 Natomas Crossing Dr., Ste 200-389
Sacramento, California 95834
Telephone:   916.443.2474
Facsimile:    916.209.8628

Attorneys for Plaintiff,
UBALDO FLORES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBALDO FLORES,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIANCE RESIDENTIAL, LLC; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No: 5:17-cv-06680-EJD<br><br>**NOTICE OF SETTLEMENT AND [PROPOSED] ORDER**<br>MODIFIED<br><br>Action Filed:   October 19, 2017 |

**TO THE CLERK OF THE COURT, ANY INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff UBALDO FLORES ("Plaintiff"), by and through counsel of record, hereby notifies the Court that Plaintiff and Defendant ALLIANCE RESIDENTIAL, LLC have reached

1

a settlement in the above-entitled matter. Plaintiff requests that the Court vacate all pending deadlines, due dates, and hearings, and retain jurisdiction over this case until Defendant can fully perform its duties as required under the settlement agreement. It is estimated that Defendant will fully perform its duties within thirty (30) days of receiving Plaintiff's executed settlement agreement. Upon Defendant's completion of its duties, and no later than two weeks after said completion, Plaintiff will file with this Court a joint stipulation and request for order of dismissal with prejudice to be signed by counsel for all parties.

Date: April 10, 2019     By:  */s/ Justin L. Ward, Esq.*
                              LAWRANCE A. BOHM, ESQ.
                              JUSTIN L. WARD, ESQ.
                              DEREK K. ULMER, ESQ.

                              Attorneys for Plaintiff,
                              UBALDO FLORES

## ORDER

Pursuant to the foregoing Notice, and good cause appearing, all dates and hearings are hereby vacated and the Court will retain jurisdiction over this matter for forty-five (45) days to allow Defendant to fulfill its duties under the settlement agreement. IT IS SO ORDERED.

```
It is further ORDERED that an Order to Show Cause Re Settlement hearing
is set for June 6, 2019 at 10am.  Response to Order to Show Cause OR Dismissal
shall be due by May 28, 2019.
```

Dated:  4/10/2019

HON. EDWARD J. DAVILA

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834